A. BENJAMIN GOLDGAR
# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
GRZELAK, IRENEUSZ § Case No. 11-16410
GRZELAK, MARTA §
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of           $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]       $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/PHILIP V. MARTINO_____
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

Page: 1

| Case No: | 11-16410 ABG Judge: A. BENJAMIN GOLDGAR | | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|---|
| Case Name: | GRZELAK, IRENEUSZ | | | Date Filed (f) or Converted (c): | 04/18/11 (f) |
| | GRZELAK, MARTA | | | 341(a) Meeting Date: | 06/01/11 |
| For Period Ending: | 01/23/12 | | | Claims Bar Date: | 10/07/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE LOCATED AT 2950 BRIARWOOD DR., MOUNT P | 275,000.00 | 0.00 | | 0.00 | FA |
| 2. PARCEL OF LAND WITH MOBILE HOME LOCATED AT 2277 CH | 15,000.00 | 0.00 | | 7,998.00 | FA |
| Six payments | | | | | |
| 3. PERSONAL CHECKING ACCOUNT WITH HARRIS- ACCOUNT FRO | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. PERSONAL CHECKING ACCOUNT WITH MB FINANCIAL | 200.00 | 0.00 | DA | 0.00 | FA |
| 5. MISCELLANEOUS HOUSEHOLD GOODS AND USED FURNITURE | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 6. USED BOOKS, COMPACT DISCS FAMILY PICTURES | 200.00 | 0.00 | DA | 0.00 | FA |
| 7. WHOLE LIFE INSURANCE POLICY- CASH VALUE | 300.00 | 0.00 | DA | 0.00 | FA |
| 8. PENSION PLAN- WIFE | 0.00 | 0.00 | | 0.00 | FA |
| 9. 1999 CHRYSLER CONCORD LXE | 1,300.00 | 0.00 | | 0.00 | FA |
| 10. 1999 CHEVY 1500 EXPRESS | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. USED TOOLS | 2,500.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.15 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $301,000.00  $0.00  $7,998.15  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee's Final Report was submitted to the U.S. Trustee's office for review on December 6, 2011.

Initial Projected Date of Final Report (TFR): 03/30/12    Current Projected Date of Final Report (TFR): 03/30/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-16410 -ABG | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | GRZELAK, IRENEUSZ | | Bank Name: | BANK OF AMERICA, N.A. |
| | GRZELAK, MARTA | | Account Number / CD #: | *******0771  BofA - Money Market Account |
| Taxpayer ID No: | *******0217 | | | |
| For Period Ending: | 01/23/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/28/11 | 2 | Marta Grzelak | First of six Payment | 1110-000 | 1,333.00 | | 1,333.00 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,333.01 |
| 08/01/11 | 2 | Marta Grzelak | Second of six payments | 1110-000 | 1,333.00 | | 2,666.01 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,666.03 |
| 09/07/11 | 2 | Marta Grzelak | Third of Six Payments | 1110-000 | 1,333.00 | | 3,999.03 |
| 09/29/11 | 2 | Marta Grzelak | Fourth of six payments | 1110-000 | 1,333.00 | | 5,332.03 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 5,332.06 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,332.10 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.63 | 5,325.47 |
| 11/02/11 | 2 | Marta Grzelak | Fifth of Six payments | 1110-000 | 1,333.00 | | 6,658.47 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,658.52 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.88 | 6,650.64 |
| 12/01/11 | 2 | Marta Grzelak | Final Payment | 1110-000 | 1,333.00 | | 7,983.64 |
| 12/05/11 | | Transfer to Acct #*******0894 | Final Posting Transfer | 9999-000 | | 7,983.64 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,998.15 | 7,998.15 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 7,983.64 | |
| Subtotal | 7,998.15 | 14.51 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 7,998.15 | 14.51 | |

Page Subtotals    7,998.15    7,998.15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 11-16410 -ABG | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | GRZELAK, IRENEUSZ | Bank Name: | BANK OF AMERICA, N.A. |
| | GRZELAK, MARTA | Account Number / CD #: | *******0894 BofA - Checking Account |
| Taxpayer ID No: | *******0217 | | |
| For Period Ending: | 01/23/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/05/11 | | Transfer from Acct #*******0771 | Transfer In From MMA Account | 9999-000 | 7,983.64 | | 7,983.64 |
| 01/18/12 | | Transfer to Acct #*******4117 | Bank Funds Transfer | 9999-000 | | 7,983.64 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,983.64 | 7,983.64 | 0.00 |
| Less: Bank Transfers/CD's | 7,983.64 | 7,983.64 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals  7,983.64  7,983.64

FORM 2

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-16410 -ABG | | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- |
| Case Name: | GRZELAK, IRENEUSZ | | Bank Name: | Congressional Bank |
| | GRZELAK, MARTA | | Account Number / CD #: | *******4117 Checking Account |
| Taxpayer ID No: | *******0217 | | | |
| For Period Ending: | 01/23/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/18/12 | | Transfer from Acct #*******0894 | Bank Funds Transfer | 9999-000 | 7,983.64 | | 7,983.64 |

| | | | |
| --- | --- | --- | --- |
| COLUMN TOTALS | 7,983.64 | 0.00 | 7,983.64 |
| Less: Bank Transfers/CD's | 7,983.64 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - ********0771 | 7,998.15 | 14.51 | 0.00 |
| BofA - Checking Account - ********0894 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********4117 | 0.00 | 0.00 | 7,983.64 |
| | 7,998.15 | 14.51 | 7,983.64 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 7,983.64 0.00

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: January 23, 2012 |

Case Number: 11-16410  
Debtor Name: GRZELAK, IRENEUSZ  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | Quarles & Brady LLP | Administrative | | $1,246.40 | $0.00 | $1,246.40 |
| 000001 070 7100-00 | American InfoSource LP as agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $200.14 | $0.00 | $200.14 |
| 000002 070 7100-00 | Atlas Acquisitions LLC<br>assignee HSBC BK NV Natl Assoc Menards<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $4,640.17 | $0.00 | $4,640.17 |
| 000003 070 7100-00 | Atlas Acquisitions LLC assignee Chase Bank USA NA<br>Heritage First USA<br>Atlas Acquisitions LLC<br>294 Union St<br>Hackensack, NJ 07601 | Unsecured | | $9,201.62 | $0.00 | $9,201.62 |
| 000004 070 7100-00 | Atlas Acquisitions LLC assignee Chase Bank USA NA<br>Heritage First USA<br>Atlas Acquisitions LLC<br>294 Union St<br>Hackensack, NJ 07601 | Unsecured | | $19,394.95 | $0.00 | $19,394.95 |
| 000005 070 7100-00 | Atlas Acquisitions LLC assignee Citibank Mastercard<br>Atlas Acquisitions LLC<br>294 Union St<br>Hackensack, NJ 07601 | Unsecured | | $12,965.58 | $0.00 | $12,965.58 |
| 000006 070 7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $6,579.04 | $0.00 | $6,579.04 |
| 000007 070 7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $9,434.24 | $0.00 | $9,434.24 |
| 000008 070 7100-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $11,058.82 | $0.00 | $11,058.82 |
| 000009 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $10,095.65 | $0.00 | $10,095.65 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: January 23, 2012 |

Case Number:  11-16410  
Debtor Name:  GRZELAK, IRENEUSZ

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $5,231.90 | $0.00 | $5,231.90 |
| 000011 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $1,260.65 | $0.00 | $1,260.65 |
| 000012 070 7100-00 | Portfolio Recovery Associates, LLC<br>c/o U.s. Bank National Association Nd<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $12,120.51 | $0.00 | $12,120.51 |
| 000013 070 7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $1,077.67 | $0.00 | $1,077.67 |
| 000014 070 7100-00 | GE Money Bank<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $1,150.09 | $0.00 | $1,150.09 |
| 000015 070 7100-00 | GE Money Bank<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $921.22 | $0.00 | $921.22 |
| 000016 070 7100-00 | GE Money Bank<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $1,430.81 | $0.00 | $1,430.81 |
| 000017 070 7100-00 | GE Money Bank<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $273.22 | $0.00 | $273.22 |
| | Case Totals: | | | $108,282.68 | $0.00 | $108,282.68 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-16410
Case Name: GRZELAK, IRENEUSZ
                GRZELAK, MARTA
Trustee Name: PHILIP V. MARTINO

        Balance on hand                                                              $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ | $ | $ |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ | $ | $ |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ | $ | $ |

       Total to be paid for chapter 7 administrative expenses        $_____

       Remaining Balance                                        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

       In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

       Allowed priority claims are:

Document      Page 10 of 11

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ | $ | $ |
| 000002 | Atlas Acquisitions LLC | $ | $ | $ |
| 000003 | Atlas Acquisitions LLC assignee Chase Bank USA NA | $ | $ | $ |
| 000004 | Atlas Acquisitions LLC assignee Chase Bank USA NA | $ | $ | $ |
| 000005 | Atlas Acquisitions LLC assignee | $ | $ | $ |
| 000006 | Discover Bank | $ | $ | $ |
| 000007 | Discover Bank | $ | $ | $ |
| 000008 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000009 | Chase Bank USA, N.A. | $ | $ | $ |
| 000010 | Chase Bank USA, N.A. | $ | $ | $ |
| 000011 | Chase Bank USA, N.A. | $ | $ | $ |
| 000012 | Portfolio Recovery Associates, LLC | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000014 | GE Money Bank | $ | $ | $ |
| 000015 | GE Money Bank | $ | $ | $ |
| 000016 | GE Money Bank | $ | $ | $ |
| 000017 | GE Money Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance                                            $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE