A. BENJAMIN GOLDGAR

**UNITED STATES BANKRUPTCY COURT**

NORTHERN  DISTRICT OF  ILLINOIS

CHICAGO  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GRZELAK, IRENEUSZ | § | Case No. 11-16410 |
| GRZELAK, MARTA | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE BANKRUPTCY COURT
219 SOUTH DEARBORN STREET,  ROOM 713
CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 02/22/2012 in Courtroom 613,

United States Courthouse
219 South Dearborn
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/23/2012                    By: Clerk of the Bankruptcy Court
                                               Clerk of the Bankruptcy Court

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*

*CHICAGO, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
GRZELAK, IRENEUSZ § Case No. 11-16410
GRZELAK, MARTA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,998.15 |
| and approved disbursements of | $ | 14.51 |
| leaving a balance on hand of[1] | $ | 7,983.64 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: PHILIP V. MARTINO | $ 1,549.82 | $ 0.00 | $ 1,549.82 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 1,228.50 | $ 0.00 | $ 1,228.50 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 17.90 | $ 0.00 | $ 17.90 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,796.22 |
| Remaining Balance | | $ | 5,187.42 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 107,036.28  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  4.9  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 200.14 | $ 0.00 | $ 9.70 |
| 000002 | Atlas Acquisitions LLC | $ 4,640.17 | $ 0.00 | $ 224.88 |
| 000003 | Atlas Acquisitions LLC assignee Chase Bank USA NA | $ 9,201.62 | $ 0.00 | $ 445.95 |
| 000004 | Atlas Acquisitions LLC assignee Chase Bank USA NA | $ 19,394.95 | $ 0.00 | $ 939.96 |
| 000005 | Atlas Acquisitions LLC assignee | $ 12,965.58 | $ 0.00 | $ 628.37 |
| 000006 | Discover Bank | $ 6,579.04 | $ 0.00 | $ 318.85 |
| 000007 | Discover Bank | $ 9,434.24 | $ 0.00 | $ 457.22 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | FIA CARD SERVICES, N.A. | $ 11,058.82 | $ 0.00 | $ 535.96 |
| 000009 | Chase Bank USA, N.A. | $ 10,095.65 | $ 0.00 | $ 489.27 |
| 000010 | Chase Bank USA, N.A. | $ 5,231.90 | $ 0.00 | $ 253.56 |
| 000011 | Chase Bank USA, N.A. | $ 1,260.65 | $ 0.00 | $ 61.10 |
| 000012 | Portfolio Recovery Associates, LLC | $ 12,120.51 | $ 0.00 | $ 587.41 |
| 000013 | PYOD LLC its successors and assigns as assignee of | $ 1,077.67 | $ 0.00 | $ 52.23 |
| 000014 | GE Money Bank | $ 1,150.09 | $ 0.00 | $ 55.73 |
| 000015 | GE Money Bank | $ 921.22 | $ 0.00 | $ 44.65 |
| 000016 | GE Money Bank | $ 1,430.81 | $ 0.00 | $ 69.34 |
| 000017 | GE Money Bank | $ 273.22 | $ 0.00 | $ 13.24 |

|  | Total to be paid to timely general unsecured creditors | $ 5,187.42 |
|---|---|---|
|  | Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Philip V. Martino
                                    Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                          Case No. 11-16410-ABG
Ireneusz Grzelak                                                Chapter 7
Marta Grzelak
         Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0752-1         User: corrinal              Page 1 of 3             Date Rcvd: Jan 24, 2012
                             Form ID: pdf006             Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2012.
db/jdb       +Ireneusz Grzelak,    Marta Grzelak,    2950 Briarwood Drive,    Mount Prospect, IL 60056-5403
17147666     +Allied International Credit Corp.,     100 East Shore Drive, 3rd FL,    Glen Allen, VA 23059-5758
17535748     +Atlas Acquisitions LLC assignee,    Citibank Mastercard,    Atlas Acquisitions LLC,    294 Union St,
               Hackensack, NJ 07601-4303
17535745     +Atlas Acquisitions LLC assignee Chase Bank USA NA,     Heritage First USA,    Atlas Acquisitions LLC,
               294 Union St,    Hackensack, NJ 07601-4303
17147668     +Blatt, Hasenmiller, Leibsker, Moore,     125 S. Wacker Dr.,    Ste. 400,    Chicago, IL 60606-4440
17147669     +Chase,    Po Box 901039,    Fort Worth, TX 76101-2039
17625555      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17147670     +Citibank, NA,    PO Box 688923,    Des Moines, IA 50368-8923
17147671     +Debt Care USA,    211 Dorris Place,    Stockton, CA 95204-5252
17546670      FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
17147673     +Freedman, Anselmo, Lindberg, Rappe,     1807 W. Diehl Rd. #333,    PO Box 3228,
               Naperville, IL 60566-3228
17147677     +Harris Bank,    3800 Golf Rd #300,    PO Box 5038,    Rolling Meadows, IL 60008-5038
17147678     +IndyMac Bank,    P.O. Box 4045,    Kalamazoo, MI 49003-4045
17147681     +Michael D Fine,    Chase Bank,    131 South Dearborn, 5th Floor,    Chicago, IL 60603-5571
17147684     +Onewest Bank,    6900 Beatrice Dr,    Kalamazoo, MI 49009-9559
17651365    ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,
               c/o U.S. Bank National Association Nd,     POB 41067,    Norfolk VA 23541)
17147685     +Portfolio Recovry & Affilates,    120 Corporate Blvd, Suite 1,    Norfolk, VA 23502-4962
17147686     +Sears/Citibank sd,    Po Box 6189,    Sioux Falls, SD 57117-6189
17147687      Target Retailer’s Nat’l Bank,    P.O. Box 59228,    Minneapolis, MN 55459-0228
17147688     +The Home Depot/Citibank sd,    Po Box 6497,    Sioux Falls, SD 57117-6497
17147689     +Tnb - Target,    Po Box 673,    Minneapolis, MN 55440-0673
17147690    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,    ATTN BANKRUPTCY DEPT,
               MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,    Frederick, MD 21701)
17147691    #+Zwicker & Associates PC,    7366 N Lincoln Ave,    STE 404,    Lincolnwood, IL 60712-1741

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17524694      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 25 2012 05:11:37
               American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK   73124-8866
17213805     +E-mail/Text: bnc@atlasacq.com Jan 25 2012 02:21:50     Atlas Acquisitions LLC,
               assignee HSBC BK NV Natl Assoc,    Menards,    294 Union St.,    Hackensack, NJ 07601-4303
17147672      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 25 2012 05:15:30       Discover Financial,
               Po Box 15316,    Wilmington, DE 19850
17533653      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 25 2012 05:15:30       Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH   43054-3025
17806826      E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2012 05:18:10      GE Money Bank,
               c/o Recovery Management Systems Corporat,     25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17147674      E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2012 05:18:10      Gemb/Ge Money Bank Low,
               Po Box 103065,    Roswell, GA 30076
17147675     +E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2012 05:22:52      Gemb/Sams Club,    Po Box 981400,
               El Paso, TX 79998-1400
17147676     +E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2012 05:18:10      Gemb/Sams Club Dc,    Po Box 981400,
               El Paso, TX 79998-1400
17208770     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jan 25 2012 05:12:25
               JP Morgan Chase Bank, NA Department,    c/o Ascension Capital Group,     P. O. Box 201347,
               Arlington, TX 76006-1347
17147679     +E-mail/PDF: cr-bankruptcy@kohls.com Jan 25 2012 05:19:02       Kohls/Chase,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
17147680     +E-mail/Text: resurgentbknotifications@resurgent.com Jan 25 2012 02:18:16       Lvnv Funding Llc,
               Po Box 740281,    Houston, TX 77274-0281
17147682     +E-mail/Text: mmrgbk@miramedrg.com Jan 25 2012 02:23:30      Miramedrg,     991 Oak Creek Dr,
               Lombard, IL 60148-6408
17147683     +E-mail/Text: bankrup@nicor.com Jan 25 2012 02:18:50      Nicor Gas,    1844 Ferry Road,
               Naperville, IL 60563-9600
17755910     +E-mail/Text: resurgentbknotifications@resurgent.com Jan 25 2012 02:18:16
               PYOD LLC its successors and assigns as assignee of,     Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                               TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17147667   ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: corrinal              Page 2 of 3                    Date Rcvd: Jan 24, 2012
                              Form ID: pdf006             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 26, 2012**               **Signature:**     *Joseph Speetjens*

```
District/off: 0752-1          User: corrinal               Page 3 of 3                  Date Rcvd: Jan 24, 2012
                              Form ID: pdf006              Total Noticed: 37
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2012 at the address(es) listed below:

```
          Adham   Alaily    on behalf of Creditor  HARRIS N.A. aalaily@ehrenbergeganlaw.com
          Kevin J Burns    on behalf of Trustee Philip Martino kevin.burns@quarles.com
          Michael J Worwag    on behalf of Debtor Ireneusz Grzelak mjworwag@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Philip V Martino    philip.martino@quarles.com,
           pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
                                                                                             TOTAL: 5
```