A. BENJAMIN GOLDGAR
## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GRZELAK, IRENEUSZ | § | Case No. 11-16410 |
| GRZELAK, MARTA | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/PHILIP V. MARTINO_____
                                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| QUARLES & BRADY LLP | | | | | |
| QUARLES & BRADY LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied International Credit Corp. 100 East Shore Drive, 3rd FL Glen Allen, VA 23059 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Blatt, Hasenmiller, Leibsker, Moore 125 S. Wacker Dr. Ste. 400 Chicago, IL 60606 | | | | | |
| | Chase Box 15008 Wilmington, DE 19850-5008 | | | | | |
| | Chase Box 15919 Wilmington, DE 19850 | | | | | |
| | Citibank, NA PO Box 688923 Des Moines, IA 50368 | | | | | |
| | Debt Care USA 211 Dorris Place Stockton, CA 95204 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Freedman, Anselmo, Lindberg, Rappe 1807 W. Diehl Rd. #333 PO Box 3228 Naperville, IL 60566-7107 | | | | | |
| | Harris Bank 3800 Golf Rd #300 PO Box 5038 Rolling Meadows, IL 60008 | | | | | |
| | IndyMac Bank P.O. Box 4045 Kalamazoo, MI 49003 | | | | | |
| | Kohls/Chase N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | Kohls/Chase N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Michael D Fine Chase Bank 131 South Dearborn, 5th Floor Chicago, IL 60603 | | | | | |
| | Miramedrg 991 Oak Creek Dr Lombard, IL 60148 | | | | | |
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | | | | |
| | Onewest Bank 6900 Beatrice Dr Kalamazoo, MI 49009 | | | | | |
| | Sears/Citibank sd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Target Retailer's Nat'l Bank P.O. Box 59228 Minneapolis, MN 55459-0228 | | | | | |
| | Tnb - Target Po Box 673 Minneapolis, MN 55440 | | | | | |
| | Zwicker & Associates PC 7366 N Lincoln Ave STE 404 Lincolnwood, IL 60712 | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000002 | ATLAS ACQUISITIONS LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | ATLAS ACQUISITIONS LLC ASSIGNEE | | | | | |
| 000003 | ATLAS ACQUISITIONS LLC ASSIGNEE CHA | | | | | |
| 000004 | ATLAS ACQUISITIONS LLC ASSIGNEE CHA | | | | | |
| 000009 | CHASE BANK USA, N.A. | | | | | |
| 000010 | CHASE BANK USA, N.A. | | | | | |
| 000011 | CHASE BANK USA, N.A. | | | | | |
| 000006 | DISCOVER BANK | | | | | |
| 000007 | DISCOVER BANK | | | | | |
| 000008 | FIA CARD SERVICES, N.A. | | | | | |
| 000014 | GE MONEY BANK | | | | | |
| 000015 | GE MONEY BANK | | | | | |
| 000016 | GE MONEY BANK | | | | | |
| 000017 | GE MONEY BANK | | | | | |
| 000012 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

6/1/2010

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-16410  ABG  Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- |
| Case Name: | GRZELAK, IRENEUSZ | | Date Filed (f) or Converted (c): | 04/18/11 (f) |
| | GRZELAK, MARTA | | 341(a) Meeting Date: | 06/01/11 |
| For Period Ending: | 04/12/12 | | Claims Bar Date: | 10/07/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE LOCATED AT 2950 BRIARWOOD DR., MOUNT P | 275,000.00 | 0.00 | | 0.00 | FA |
| 2. PARCEL OF LAND WITH MOBILE HOME LOCATED AT 2277 CH | 15,000.00 | 0.00 | | 7,998.00 | FA |
| Six payments | | | | | |
| 3. PERSONAL CHECKING ACCOUNT WITH HARRIS- ACCOUNT FRO | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. PERSONAL CHECKING ACCOUNT WITH MB FINANCIAL | 200.00 | 0.00 | DA | 0.00 | FA |
| 5. MISCELLANEOUS HOUSEHOLD GOODS AND USED FURNITURE | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 6. USED BOOKS, COMPACT DISCS FAMILY PICTURES | 200.00 | 0.00 | DA | 0.00 | FA |
| 7. WHOLE LIFE INSURANCE POLICY- CASH VALUE | 300.00 | 0.00 | DA | 0.00 | FA |
| 8. PENSION PLAN- WIFE | 0.00 | 0.00 | | 0.00 | FA |
| 9. 1999 CHRYSLER CONCORD LXE | 1,300.00 | 0.00 | | 0.00 | FA |
| 10. 1999 CHEVY 1500 EXPRESS | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. USED TOOLS | 2,500.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.15 | Unknown |

TOTALS (Excluding Unknown Values)       $301,000.00       $0.00              $7,998.15       Gross Value of Remaining Assets  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/30/12       Current Projected Date of Final Report (TFR): 03/30/12

LFORM1                                                                                                                                                               Ver: 16.06a
**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-16410 -ABG | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | GRZELAK, IRENEUSZ | Bank Name: | BANK OF AMERICA, N.A. |
| | GRZELAK, MARTA | Account Number / CD #: | *******0771 BofA - Money Market Account |
| Taxpayer ID No: | *******0217 | | |
| For Period Ending: | 04/12/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/28/11 | 2 | Marta Grzelak | First of six Payment | 1110-000 | 1,333.00 | | 1,333.00 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,333.01 |
| 08/01/11 | 2 | Marta Grzelak | Second of six payments | 1110-000 | 1,333.00 | | 2,666.01 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,666.03 |
| 09/07/11 | 2 | Marta Grzelak | Third of Six Payments | 1110-000 | 1,333.00 | | 3,999.03 |
| 09/29/11 | 2 | Marta Grzelak | Fourth of six payments | 1110-000 | 1,333.00 | | 5,332.03 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 5,332.06 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,332.10 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.63 | 5,325.47 |
| 11/02/11 | 2 | Marta Grzelak | Fifth of Six payments | 1110-000 | 1,333.00 | | 6,658.47 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,658.52 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.88 | 6,650.64 |
| 12/01/11 | 2 | Marta Grzelak | Final Payment | 1110-000 | 1,333.00 | | 7,983.64 |
| 12/05/11 | | Transfer to Acct #*******0894 | Final Posting Transfer | 9999-000 | | 7,983.64 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 7,998.15 | 7,998.15 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 7,983.64 | |
| Subtotal | | 7,998.15 | 14.51 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 7,998.15 | 14.51 | |

Page Subtotals 7,998.15 7,998.15

Ver: 16.06a

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-16410 -ABG | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | GRZELAK, IRENEUSZ | Bank Name: | BANK OF AMERICA, N.A. |
| | GRZELAK, MARTA | Account Number / CD #: | *******0894  BofA - Checking Account |
| Taxpayer ID No: | *******0217 | | |
| For Period Ending: | 04/12/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/05/11 | | Transfer from Acct #*******0771 | Transfer In From MMA Account | 9999-000 | 7,983.64 | | 7,983.64 |
| 01/18/12 | | Transfer to Acct #*******4117 | Bank Funds Transfer | 9999-000 | | 7,983.64 | 0.00 |

|  |  |
|---|---|
| COLUMN TOTALS | 7,983.64   7,983.64   0.00 |
| Less: Bank Transfers/CD's | 7,983.64   7,983.64 |
| Subtotal | 0.00   0.00 |
| Less: Payments to Debtors | 0.00 |
| Net | 0.00   0.00 |

Page Subtotals    7,983.64    7,983.64

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-16410 -ABG | | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- |
| Case Name: | GRZELAK, IRENEUSZ | | Bank Name: | Congressional Bank |
| | GRZELAK, MARTA | | Account Number / CD #: | *******4117 Checking Account |
| Taxpayer ID No: | *******0217 | | | |
| For Period Ending: | 04/12/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/18/12 | | Transfer from Acct #*******0894 | Bank Funds Transfer | 9999-000 | 7,983.64 | | 7,983.64 |
| 02/07/12 | 003001 | INTERNATIONAL SURETIES, LTD. | | 2300-000 | | 8.48 | 7,975.16 |
| 02/23/12 | 003002 | PHILIP V. MARTINO<br>QUARLES & BRADY LLP<br>SUITE 4000<br>300 NORTH LASALLE STREET<br>CHICAGO, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 1,549.82 | 6,425.34 |
| 02/23/12 | 003003 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee<br>Fees 1,228.50<br>Expenses 17.90 | 3110-000<br>3120-000 | | 1,246.40 | 5,178.94 |
| 02/23/12 | 003004 | American InfoSource LP as agent for<br>Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000001, Payment 4.83661% | 7100-000 | | 9.68 | 5,169.26 |
| 02/23/12 | 003005 | Atlas Acquisitions LLC<br>assignee HSBC BK NV Natl Assoc<br>Menards<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000002, Payment 4.83840%<br>(2-1) modified on 7/13/11 to<br>correct creditor address (nm) | 7100-000 | | 224.51 | 4,944.75 |
| 02/23/12 | 003006 | Atlas Acquisitions LLC assignee Chase Bank USA<br>NA<br>Heritage First USA<br>Atlas Acquisitions LLC<br>294 Union St<br>Hackensack, NJ 07601 | Claim 000003, Payment 4.83850%<br>(3-1) modified on 7/13/11 to<br>correct creditor address (nm) | 7100-000 | | 445.22 | 4,499.53 |
| 02/23/12 | 003007 | Atlas Acquisitions LLC assignee Chase Bank USA<br>NA<br>Heritage First USA<br>Atlas Acquisitions LLC | Claim 000004, Payment 4.83853%<br>(4-1) modified on 7/13/11 to<br>correct creditor address (nm) | 7100-000 | | 938.43 | 3,561.10 |
| | | | Page Subtotals | | 7,983.64 | 4,422.54 | |

Ver: 16.06a

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-16410 -ABG | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | GRZELAK, IRENEUSZ | Bank Name: | Congressional Bank |
| | GRZELAK, MARTA | Account Number / CD #: | *******4117 Checking Account |
| Taxpayer ID No: | *******0217 | | |
| For Period Ending: | 04/12/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/23/12 | 003008 | 294 Union St<br>Hackensack, NJ 07601<br>Atlas Acquisitions LLC assignee<br>Citibank Mastercard<br>Atlas Acquisitions LLC<br>294 Union St<br>Hackensack, NJ 07601 | Claim 000005, Payment 4.83850%<br>(5-1) modified on 7/13/11 to<br>correct creditor address (nm) | 7100-000 | | 627.34 | 2,933.76 |
| 02/23/12 | 003009 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000006, Payment 4.83855% | 7100-000 | | 318.33 | 2,615.43 |
| 02/23/12 | 003010 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000007, Payment 4.83844% | 7100-000 | | 456.47 | 2,158.96 |
| 02/23/12 | 003011 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000008, Payment 4.83849% | 7100-000 | | 535.08 | 1,623.88 |
| 02/23/12 | 003012 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000009, Payment 4.83852% | 7100-000 | | 488.48 | 1,135.40 |
| 02/23/12 | 003013 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000010, Payment 4.83840% | 7100-000 | | 253.14 | 882.26 |
| 02/23/12 | 003014 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000011, Payment 4.83877% | 7100-000 | | 61.00 | 821.26 |
| 02/23/12 | 003015 | Portfolio Recovery Associates, LLC<br>c/o U.s. Bank National Association Nd<br>POB 41067 | Claim 000012, Payment 4.83849% | 7100-000 | | 586.45 | 234.81 |

Page Subtotals 0.00 3,326.29

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 14)

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-16410 -ABG | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | GRZELAK, IRENEUSZ | | Bank Name: | Congressional Bank |
| | GRZELAK, MARTA | | Account Number / CD #: | *******4117  Checking Account |
| Taxpayer ID No: | *******0217 | | | |
| For Period Ending: | 04/12/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/23/12 | 003016 | PYOD LLC its successors and assigns as assignee of Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-<br>Norfolk VA 23541 | Claim 000013, Payment 4.83822% | 7100-000 | | 52.14 | 182.67 |
| 02/23/12 | 003017 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000014, Payment 4.83875%<br>(14-1) LOWES CONSUMER | 7100-000 | | 55.65 | 127.02 |
| 02/23/12 | 003018 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000015, Payment 4.83815%<br>(15-1) SAM'S CLUB | 7100-000 | | 44.57 | 82.45 |
| 02/23/12 | 003019 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000016, Payment 4.83852%<br>(16-1) SAM'S CLUB | 7100-000 | | 69.23 | 13.22 |
| 02/23/12 | 003020 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000017, Payment 4.83859%<br>(17-1) SAM'S CLUB DISCOVER | 7100-000 | | 13.22 | 0.00 |
| | | | Page Subtotals | | 0.00 | 234.81 | |

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

Page: 6
Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-16410 -ABG | | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- |
| Case Name: | GRZELAK, IRENEUSZ | | Bank Name: | Congressional Bank |
| | GRZELAK, MARTA | | Account Number / CD #: | *******4117 Checking Account |
| Taxpayer ID No: | *******0217 | | | |
| For Period Ending: | 04/12/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | 7,983.64 | 7,983.64 | 0.00 |
| Less: Bank Transfers/CD's | 7,983.64 | 0.00 | |
| Subtotal | 0.00 | 7,983.64 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 7,983.64 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| BofA - Money Market Account - *******0771 | 7,998.15 | 14.51 | 0.00 |
| BofA - Checking Account - *******0894 | 0.00 | 0.00 | 0.00 |
| Checking Account - *******4117 | 0.00 | 7,983.64 | 0.00 |
| | 7,998.15 | 7,998.15 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 16.06a